Jinfeng Zhang, Petitioner-Appellant, 
against
Tai Ho-One Realty LLC, Respondent-Respondent.




Petitioner appeals from an order of the Civil Court of the City of New York, New York County (Dakota D. Ramseur, J.), entered November 21, 2019, which denied her motion to vacate a stipulation of settlement in an illegal lockout proceeding (see RPAPL 713[10]).




Per Curiam.
Appeal from order (Dakota D. Ramseur, J.), entered November 21, 2019, dismissed, without costs.
"An appellant is obliged to assemble a proper record on appeal including the transcript, if any, of the proceedings" (Sebag v Narvaez, 60 AD3d 485 [2009], lv denied 13 NY3d 711 [2009]); see CPLR 5526; CCA 1704). Dismissal of the appeal is warranted because appellant failed to include a transcript of the court's allocution of the subject stipulation of settlement, which was explicitly referenced by the motion court in the order appealed from (see Quezada v Mensch Mgt. Inc., 89 AD3d 647 [2011]). Without the benefit of a proper record, meaningful appellate review of this matter is impossible (see Solovey v Department of Educ. of the City of NY, 136 AD3d 441 [2016]; Matter of Allstate Ins. Co. v Vargas, 288 AD2d 309 [2001]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: April 9, 2020